### 31456. ASH *v.* HIGGINS.

MacINTYRE, J. A judgment granting a first new trial will not be reversed unless the evidence and the law demanded the verdict. Code, § 6-1608; *Macon Consolidated Street R. Co.* v. *Jones,* 116 *Ga.* 351 (42 S. E. 468);

*Williams* v. *Rowe,* 26 *Ga. App.* 391 (106 S. E. 299); *Tomlin* v. *Ga. Power Co.,* 68 *Ga. App.* 412 (23 S. E. 2d, 92).

Judgment affirmed. *Broyles, C. J., and Gardner, J., concur.*

DECIDED JANUARY 28, 1947.

*H. T. Oliver, H. T. Oliver Jr.,* for plaintiff in error.
*J. F. Pruitt, E. C. Brannon,* contra.

Judgment affirmed. *Broyles, C. J., and Gardner, J., concur.*